RINEHART KUELLING, Respondent, *v.* THE RODERICK LEAN MANUFACTURING COMPANY, Appellant.

Reported below, 113 App. Div. 891.
(Argued November 12, 1906; decided November 20, 1906.)

MOTION to dismiss an appeal from a judgment entered June 2, 1906, upon an order of the Appellate Division of the

Supreme Court in the fourth judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial, and directing judgment for the plaintiff upon the verdict.

The motion was made upon the ground that the record presented no questions of law for review.

*Charles Van Voorhis* for motion.

*S. D. Bentley* opposed.

Motion denied.